**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

Case No.   **CV 13-89-JFW (JCx)**                                                      Date:  November 4, 2013

Title:         Andre Baldwin, et al. -v- Los Angeles Sheriff's Department, et al.

---

**PRESENT:**

       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**              **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                                                                      None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT BE SANCTIONED AND THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO CONDUCT SETTLEMENT CONFERENCE**

On March 26, 2013, the Court ordered the parties to participate in ADR Procedure No. 3 (Private Mediation) and set July 8, 2013 as the deadline to complete the mediation.  Pursuant to the Court's Scheduling and Case Management Order filed on March 26, 2013, the Court ordered the parties to file a Joint Report re: Results of Settlement Conference on or before July 15, 2013.  The parties have violated the Court's order by failing to file the Joint Report re: Results of Settlement Conference on or before July 15, 2013, and presumably by failing to complete the private mediation by the Court ordered deadline of July 8, 2013.

Accordingly, the parties are ordered to show cause in writing by **November 8, 2013** why the Court should not impose sanctions in the amount of $2,500.00 against each lead counsel for their violation of the Court's order and why this action should not be dismissed.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the dismissal of this action.

IT IS SO ORDERED.